**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **PERRY BONIN, et al.** | § | |
| | § | |
| **v.** | § | **NO. 1:17-cv-134** |
| | § | |
| **SABINE RIVER AUTHORITY OF** | § | |
| **TEXAS, et al.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pre-trial management. Doc. No. 42. Pending before the court is the Plaintiffs' "Motion to Remand." Doc. No. 18. Judge Hawthorn entered a report (Doc. No. 55) recommending the court deny the motion. No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is, therefore, **ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 55) is **ADOPTED**, and the Plaintiff's "Motion to Remand" (Doc. No. 18) is **DENIED**.

**SIGNED** this the 7 day of **March, 2018.**

_____
Thad Heartfield
United States District Judge